FILED'09 DEC 18 11:00USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAN HUTCHINSON,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,

      Defendant.

Civ. No. 08-997-CL

**ORDER**

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#26) is adopted. Pursuant to sentence four of 42 U.S.C. § 405(g), defendant's motion to remand (#23) is granted in part, and the decision of the Commissioner is reversed and remanded for an award of benefits.

IT IS SO ORDERED.

DATED this __17__ day of December, 2009.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER