FILED'10 MAR 19 11:37 USDC-ORM

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DAN HUTCHINSON,                                             CV # 08-997-CL

   Plaintiff,

vs.                                                          ORDER

COMMISSIONER of Social Security,

   Defendant.

---

Attorney fees in the amount of $6,800.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _19_ day of ___March___, 2010.

_____
United States District~~/Magistrate~~ Judge

Submitted on March 17, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1